# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| HELFERICH PATENT LICENSING, L.L.C., an Illinois Limited Liability Company, Plaintiff, vs. NEC CORP., a Japanese Corporation; NEC CORPORATION OF AMERICA, a Delaware Corporation, Defendants. | ) ) ) ) ) No. 1:09-CV-3558 ) ) Hon. David H. Coar ) Magistrate Judge Nan R. Nolan ) ) ) ) ) ) |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE WITH RESPECT TO DEFENDANTS NEC CORPORATION AND NEC CORPORATION OF AMERICA

Plaintiff, HELFERICH PATENT LICENSING L.L.C., hereby dismisses with prejudice all claims asserted by Plaintiff against Defendants, NEC CORPORATION AND NEC CORPORATION OF AMERICA, pursuant to F.R.Civ.P. 41(a)(1), each party to bear its own costs, expenses, and attorneys fees.

RESPECTFULLY SUBMITTED this 20th day of October, 2009.

Timothy D. Sperling

By: */s/ Timothy D. Sperling*
    Timothy D. Sperling
    Attorney for Plaintiff

1

Steven G. Lisa (Ill. State Bar # 6187348)
Jon E. Kappes (Ill. State Bar # 6291678)
Timothy Sperling (Ill. State Bar # 6283854)
Mildred E. Park (Ill. State Bar # 6293523)
Law Offices of Steven G. Lisa, Ltd.
55 West Monroe Street, Suite 3210
Chicago, Illinois 60603
Tel. & Fax: (312) 752-4357


Victoria Curtin (NDIL ID #010897)
Victoria Gruver Curtin, P.L.C.
14555 N. Scottsdale Rd., Ste. 160
Scottsdale, Arizona 85254
Tel.: (480) 998-3547
Fax: (480) 596-7956